IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 05-04988 |
| ) | |
| Robert J Swiderski and ) | Chapter 7 |
| Mary A. Zickus ) | |
| Debtors. ) | |
| ) | Hon. Judge Jacqueline P. Cox |
| ) | |
| ) | Hearing Date: |
| ) | |
| ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Arredondo & Associates

Authorized to Provide Professional Services to:  Robert J Swiderski and Mary A. Zickus

Date of Order Authorizing Employment:  5/10/2006

Period for Which Compensation is Sought:  From May 10, 2006 through November 21, 2006.

Amount of Fees Sought:        $ 8,410.00      (reflects voluntary fee reduction)

Amount of Expense
Reimbursement Sought:       $ 0.00

This is an:     Interim Application _____     Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Requested Fees | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| None | | | | |

                                                    Applicant:   Arredondo & Associates

                                                    By: _____

Date: November 21, 2006

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SWIDERSKI, ROBERT J | ) | CASE NO. 05-04988 |
| ZICKUS, MARY A | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Accountant for trustee's compensation and expenses are allowed as follows;

1. Accountant for trustee compensation Arredondo & Associates    $3,000.00
2. Accountant for trustee expenses    $0.00

    TOTAL    $3,000.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE