1UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SWIDERSKI, ROBERT J | ) | CASE NO. 05-04988 |
| ZICKUS, MARY A | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL

    On: **August 14, 2007**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                          $162,726.35

    Disbursements                                                                                 $13,715.23

    Net Cash Available for Distribution                                               $149,011.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| HORACE FOX, JR. | $0.00 | $6,332.70 | $0.00 |

Trustee

| ARREDONDO & ASSOCIATES | $0.00 | $3,000.00 | $0.00 |
|---|---|---|---|

Accountant for Trustee

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $135,186.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 2.9600% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | SWIDERSKI, ROBERT J | $85,737.61 | $85,737.61 |
| 1 | DISCOVER FINANCIAL SERVICES | $5,801.04 | $6,238.08 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $1,399.95 | $1,505.42 |
| 3 | GEORGE J. DANGLES, MD | $2,395.00 | $2,575.43 |
| 4 | AMY ZICKUS | $7,101.54 | $7,636.56 |
| 5 | MARY ANN ZICKUS | $32,751.17 | $35,218.58 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Goods | $500.00 |
| Clothes | $350.00 |
| 1993 Ford Escort | $600.00 |
| 1995 Olds Regency | $1,000.00 |

Dated: **July 17, 2007**                                  For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Horace Fox, Jr.
Address:    6 East Monroe
            Suite 1004
            Chicago, IL  60603
Phone No.:  (312) 332-4499