1UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SWIDERSKI, ROBERT J | ) | CASE NO. 05-04988 |
| ZICKUS, MARY A | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL

   On: **August 14, 2007**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                             $162,726.35

   Disbursements                                                         $13,715.23

   Net Cash Available for Distribution                                  $149,011.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| HORACE FOX, JR. | $0.00 | $6,332.70 | $0.00 |

Trustee

| ARREDONDO & ASSOCIATES | $0.00 | $3,000.00 | $0.00 |
|---|---|---|---|

Accountant for Trustee

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $135,186.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 2.9600% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | SWIDERSKI, ROBERT J | $85,737.61 | $85,737.61 |
| 1 | DISCOVER FINANCIAL SERVICES | $5,801.04 | $6,238.08 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $1,399.95 | $1,505.42 |
| 3 | GEORGE J. DANGLES, MD | $2,395.00 | $2,575.43 |
| 4 | AMY ZICKUS | $7,101.54 | $7,636.56 |
| 5 | MARY ANN ZICKUS | $32,751.17 | $35,218.58 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Goods | $500.00 |
| Clothes | $350.00 |
| 1993 Ford Escort | $600.00 |
| 1995 Olds Regency | $1,000.00 |

Dated: **July 17, 2007**                                    For the Court,

By:  **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      Horace Fox, Jr.
Address:      6 East Monroe
              Suite 1004
              Chicago, IL  60603
Phone No.:    (312) 332-4499

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jul 17, 2007
Case: 05-04988                Form ID: pdf002          Total Served: 33


The following entities were served by first class mail on Jul 19, 2007.
 db       +Robert J Swiderski,   11654 S Troy,   Merrionett Park, IL 60803-4549
 jdb      +Mary A Zickus,   11654 S Troy,   Merrionett Park, IL 60803-4549
 aty      +Bruce E de'Medici,   333 W. Wacker Drive,   #300,   Chicago, IL 60606-1252
 aty      +Michael B Dedio,   12757 South Western Avenue,   Suite 101,   Blue Island, IL 60406-0007
 aty      +Thomas M Britt,   Law Offices of Thomas M. Britt, P.C.,   6825 W 171st St,
             Tinley Park, IL 60477-3447
 tr       +Horace Fox, JR,   Lehman & Fox,   6 E Monroe St,   Chicago, IL 60603-2704
 cr       +Amy Zickus,   c/o Law Office of Thomas M Britt, PC,   6825 W 171st Street,
             Tinley Park, IL 60477-3447
 cr       +Mary Ann Zickus,   c/o Law Office of Thomas M Britt, PC,   6825 W 171st Street,
             Tinley Park, IL 60477-3447
 8939874   American Express,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
 9695304   American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
             Malvern, PA 19355-0701
 9865106   Amy Zickus,   C/O Thomas M Britt PC,   3825 W 171st Street,   Tinley Park, IL 60477
 10692473 +Amy Zickus,   C/O Thomas M Britt,   6825 W 171st Street,   Tinley Park, Il 60477-3447
 8939875   Arrow Financial Services,   21031 Network Place,   Chicago, IL  60678-1031
 8939876   Capital One Services,   Attention BAnkruptcy Dept.,   PO Box 60000,   Seattle, WA  98190-6000
 8939877  +Cardiology Diagnostic Services,   P.O. Box 616,   Forest Park, IL 60130-0616
 8939878  +Cavalry,   PO Box 1030,   Hawthorne, NY 10532-7509
 8939879   Chase,   Bankruptcy Dept.,   P.O. Box 52195,   Phoenix, AZ  85072-2195
 8939880   Dependon Collection Service,   PO Box  60474,   River Forest, IL  60305-6074
 8939882  +Figi's Inc.,   Marshfield, WI 54404-0001
 8939883  +George J. Dangles, MD,   4340 West 95th Street,   Oak Lawn, IL 60453-2696
 8939884  +Harris And Harris,   C/O Advocate - Christ Hospital,   600 W. Jackson, Suite 700,
             Chicago, IL 60661-5629
 8939885   Household Credit Services,   Attention Legal Department,   P.O. Box 17051,
             Baltimore, MD  21297-1051
 8939886   ILLinois Department Of Employment Sec.,   PO Box 19286,   Springfield, IL  62794-9286
 9865272  +Mary Ann Zickus,   C/O Thomas M Britt PC,   6825 W 171st St,   Tinley Park, IL 60477-3447
 10692472 +Mary Ann Zickus,   C/O Thomas M Britt,   6825 W 171st Street,   Tinley Park, IL 60477-3447
 8939873  +Michael B Dedio,   Attorney At Law,   13037 S Western Avenue,   Blue Island, IL 60406-2418
 8939887  +NCO Financial,   PO Box 8148,   Philadelphia, PA 19101-8148
 8939888  +NCO Financial Systems,   PO Box 41747,   Philadelphia, PA 19101-1747
 8939871  +Swiderski Robert J,   11654 S Troy,   Merrionett Park, IL 60803-4549
 8939889  +Washington Mutual Finance, LLC,   434 E. 162nd Street,   South Holland, IL 60473-2258
 8939872  +Zickus Mary A,   11654 S Troy,   Merrionett Park, IL 60803-4549

The following entities were served by electronic transmission on Jul 18, 2007.
 9667189  +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2007 10:00:01     DISCOVER FINANCIAL SERVICES,
             PO BOX 8003,   HILLIARD, OH 43026-8003
 8939881   E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2007 10:00:01     Discover,
             Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT  84130-0395
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty        Joshua J Wallar
 acc        Richard Arredondo
                                                                                            TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 19, 2007**          **Signature:** _Joseph Speetjens_