UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 05-04988
§
ROBERT J SWIDERSKI §
MARY A ZICKUS §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,450.00 | Assets Exempt: | $2,450.00 |
| Total Distributions to Claimants: | $53,174.07 | Claims Discharged Without Payment: | $25,977.99 |
| Total Expenses of Administration: | $15,047.93 | | |

3) Total gross receipts of $163,311.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $95,089.09 (see **Exhibit 2**), yielded net receipts of $68,222.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $15,047.93 | $15,047.93 | $15,047.93 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $35,209.76 | $49,448.70 | $49,448.70 | $53,174.07 |
| **Total Disbursements** | $35,209.76 | $64,496.63 | $64,496.63 | $68,222.00 |

4). This case was originally filed under chapter 7 on 02/15/2005. The case was pending for 79 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2011     By:  /s/ Horace Fox, Jr.
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| re/ 6035 S. Narragansett, Chicago, IL 60638 | 1210-000 | $160,508.61 |
| Interest Asset | 1270-000 | $2,802.48 |
| **TOTAL GROSS RECEIPTS** | | **$163,311.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No.0; SWIDERSKI, ROBERT J And Zickus, Mary A.) | Surplus Funds | 8200-001 | $1,351.48 |
| SWIDERSKI, ROBERT J | Surplus Funds | 8200-002 | $93,737.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$95,089.09** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $6,332.70 | $6,332.70 | $6,332.70 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $118.33 | $118.33 | $118.33 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $116.90 | $116.90 | $116.90 |
| MANDELL MENKES LLC, Attorney for Trustee | 3110-000 | NA | $3,680.00 | $3,680.00 | $3,680.00 |
| MICHAEL DEDIO, Attorney for Trustee | 3210-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| ARREDONDO & ASSOCIATES, Accountant for Trustee | 3410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,047.93 | $15,047.93 | $15,047.93 |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER FINANCIAL SERVICES | 7100-000 | $5,431.82 | $5,801.04 | $5,801.04 | $0.00 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $1,399.95 | $1,399.95 | $1,399.95 | $0.00 |
| 3 | GEORGE J. DANGLES, MD | 7100-000 | $2,400.00 | $2,395.00 | $2,395.00 | $0.00 |
| 4 | AMY ZICKUS | 7100-000 | NA | $7,101.54 | $7,101.54 | $0.00 |
| 5 | Mary Ann Zickus | 7100-000 | NA | $32,751.17 | $32,751.17 | $32,751.17 |
|   | AMERICAN EXPRESS CENTURION BANK | 7100-900 | $0.00 | $1,399.95 | $1,399.95 | $1,399.95 |
|   | AMERICAN EXPRESS CENTURION BANK | 7990-000 | $0.00 | $0.00 | $0.00 | $105.47 |
|   | AMY ZICKUS | 7100-000 | $0.00 | $7,101.54 | $7,101.54 | $7,101.54 |
|   | AMY ZICKUS | 7990-000 | $0.00 | $0.00 | $0.00 | $535.02 |
|   | Arrow Financial Services | 7100-000 | $475.64 | NA | NA | $0.00 |
|   | Capital One Services | 7100-000 | $630.05 | NA | NA | $0.00 |
|   | Cardiology Diagnostic Services | 7100-000 | $3.34 | NA | NA | $0.00 |
|   | Cavalry | 7100-000 | $7,092.46 | NA | NA | $0.00 |
|   | Chase | 7100-000 | $8,932.04 | NA | NA | $0.00 |
|   | Dependon Collection Service | 7100-000 | $496.80 | NA | NA | $0.00 |
|   | DISCOVER FINANCIAL SERVICES | 7100-900 | $0.00 | $5,801.04 | $5,801.04 | $5,801.04 |
|   | DISCOVER FINANCIAL SERVICES | 7990-000 | $0.00 | $0.00 | $0.00 | $437.04 |
|   | Figi's Inc. | 7100-000 | $59.87 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| GEORGE J. DANGLES, MD | 7100-000 | $0.00 | $2,395.00 | $2,395.00 | $2,395.00 |
| GEORGE J. DANGLES, MD | 7990-000 | $0.00 | $0.00 | $0.00 | $180.43 |
| Harris And Harris | 7100-000 | $3,185.50 | NA | NA | $0.00 |
| Household Credit Services | 7100-000 | $816.72 | NA | NA | $0.00 |
| Household Credit Services | 7100-000 | $228.43 | NA | NA | $0.00 |
| ILLinois Department Of Employment Sec. | 7100-000 | $103.78 | NA | NA | $0.00 |
| Mary Ann Zickus | 7990-000 | $0.00 | $0.00 | $0.00 | $2,467.41 |
| NCO Financial | 7100-000 | $1,053.41 | NA | NA | $0.00 |
| NCO Financial Systems | 7100-000 | $1,399.95 | NA | NA | $0.00 |
| Washington Mutual Finance, LLC | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $35,209.76 | $66,146.23 | $66,146.23 | $53,174.07 |

Case 05-04988    Doc 72    Filed 09/16/11    Entered 09/16/11 14:43:26    Desc Main
Document    Page 5 of 12

**UST Form 101-7-TDR (5/1/2011)**

Case 05-04988   Doc 72   Filed 09/16/11   Entered 09/16/11 14:43:26   Desc Main
Document      Page 6 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1        Exhibit 8

| Case No.: | 05-04988 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | | | Date Filed (f) or Converted (c): | 02/15/2005 (f) |
| For the Period Ending: | 9/16/2011 | | | §341(a) Meeting Date: | 03/15/2005 |
| | | | | Claims Bar Date: | 11/01/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | re/ 6035 S. Narragansett, Chicago, IL 60638 (u) | $0.00 | $174,224.15 | | $160,508.61 | FA |
| **Asset Notes:** | Debtor failed to list real estate, case closed, then voluntarily filed motion to reopen, listinig real estate, thereby generatiing funds for creditors. This will be a surplus estate. | | | | | |
| 2 | Household Goods | $500.00 | $0.00 | DA | $0.00 | FA |
| 3 | clothes | $350.00 | $0.00 | DA | $0.00 | FA |
| 4 | 1993 Ford Escort | $600.00 | $0.00 | DA | $0.00 | FA |
| 5 | 1995 Olds Regency | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $2,802.48 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                  **Gross Value of Remaining Assets**

$2,450.00        $174,224.15        $163,311.09        $0.00

**Major Activities affecting case closing:**

Debtor failed to disclose ownership of r/e and case closed. Debtor voluntarily filed motion to reopen (Granted 7.7.5) disclosing the r/e, thereby generating funds for creditors.July 30, 2005, 01:23 pm Debtor has filed a motion for an early distribution ( medical), which was granted. In August an attorney was hired to represent me in the closing of the real estate. I will employ an accountant and examine the claims. This will be a surplus estate.   To extent that the Amy and Mary Zickus claims encompass repayment for loans made to mother of debtor, they may be objectionable. Need order appointing accountant   Taxes have been completed and I have detail from accountant. Final report submitted to UST. Motion to pay debtor early denied. Final report submitted to court checks written. Have money left over, file amended distribution report UST and court. Close.

Write check to pay Debtors 1391.00 jointly. New distribution needed.

check to debtors 1351.48 came back apparently they moved. Check with attorney. 10.04.10. Called attorney Mike Dedio, who had no new address for either. Called the jobs listed on schedule I as to whereabouts of debtors. Called the attorney, Thomas Britt who represented Amy Zickus (relative of debtor ) in an attempt to find either debtor and Amy Zickus did not know their whereabouts. Deposit with clerk of court.

Checked pacer, no change of address for these debtors, called Mike Dedio, their attorney, along with each of there former employers, Welch Packaging and Kenwood Wine & Liquors, all to no avail. Called Tom Britt who represented a creditor of the same name, Amy Zickus. He will check with his client to determine if she knows where either debtor is. Otherwise, deposit funds with the clerk. 10.04.10

**Initial Projected Date Of Final Report (TFR):**   12/31/2005        **Current Projected Date Of Final Report (TFR):**   03/31/2011        /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-04988 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9079 | Money Market Acct #: | ******8194 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 2/15/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2005 | (1) | FIRST AMERICAN TITLE INS. CO. | proceeds, sale 6035 S. Narragansett | 1210-000 | $160,508.61 | | $160,508.61 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $73.72 | | $160,582.33 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $79.19 | | $160,661.52 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $81.87 | | $160,743.39 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $79.27 | | $160,822.66 |
| 12/22/2005 | 101 | SWIDERSKI, ROBERT J | early dist. see ct order12.20.05 | 8200-002 | | $8,000.00 | $152,822.66 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $81.95 | | $152,904.61 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | $78.45 | | $152,983.06 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $108.97 | | $153,092.03 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $130.02 | | $153,222.05 |
| 04/27/2006 | 102 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $116.90 | $153,105.15 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $125.93 | | $153,231.08 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $130.16 | | $153,361.24 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $126.05 | | $153,487.29 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $130.36 | | $153,617.65 |
| 07/31/2006 | 103 | MANDELL MENKES LLC | attorney for trustee fees | 3110-000 | | $3,680.00 | $149,937.65 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $127.65 | | $150,065.30 |
| 09/11/2006 | 104 | MICHAEL DEDIO | fees sp cnsl r/e/ct order 8.3.06 | 3210-000 | | $1,800.00 | $148,265.30 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $122.70 | | $148,388.00 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $126.03 | | $148,514.03 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $122.07 | | $148,636.10 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $126.23 | | $148,762.33 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $126.35 | | $148,888.68 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $114.22 | | $149,002.90 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $126.55 | | $149,129.45 |
| 04/03/2007 | 105 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $118.33 | $149,011.12 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $122.51 | | $149,133.63 |
| 05/01/2007 | (1) | BACK TO DEBTOR ADJUSTMENT | BACK TO DEBTOR ADJUSTMENT | 1210-002 | | | $149,133.63 |
| | | | **SUBTOTALS** | | $162,848.86 | $13,715.23 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-04988 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9079 | | | Money Market Acct #: | ******8194 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 2/15/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $126.66 | | $149,260.29 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $122.67 | | $149,382.96 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $126.88 | | $149,509.84 |
| 08/22/2007 | (INT) | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $86.02 | | $149,595.86 |
| 08/22/2007 | | Transfer to Acct #******8424 | Final Posting Transfer | 9999-000 | | $149,595.86 | $0.00 |
| | | | TOTALS: | | $163,311.09 | $163,311.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $149,595.86 | |
| | | | Subtotal | | $163,311.09 | $13,715.23 | |
| | | | Less: Payments to debtors | | $0.00 | $8,000.00 | |
| | | | Net | | $163,311.09 | $5,715.23 | |

| For the period of 2/15/2005 to 9/16/2011 | | For the entire history of the account between 07/30/2005 to 9/16/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $163,311.09 | Total Compensable Receipts: | $163,311.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $163,311.09 | Total Comp/Non Comp Receipts: | $163,311.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,715.23 | Total Compensable Disbursements: | $5,715.23 |
| Total Non-Compensable Disbursements: | $8,000.00 | Total Non-Compensable Disbursements: | $8,000.00 |
| Total Comp/Non Comp Disbursements: | $13,715.23 | Total Comp/Non Comp Disbursements: | $13,715.23 |
| Total Internal/Transfer Disbursements: | $149,595.86 | Total Internal/Transfer Disbursements: | $149,595.86 |

Case 05-04988   Doc 72   Filed 09/16/11   Entered 09/16/11 14:43:26   Desc Main
Document      Page 9 of 12

Page No: 3                                                   Exhibit 9

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-04988 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9079 | Checking Acct #: | ******8424 |
| Co-Debtor Taxpayer ID #: | | Account Title: | GENERAL CHECKING |
| For Period Beginning: | 2/15/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2007 | | Transfer from Acct #******8194 | Transfer In From MMA Account | 9999-000 | $149,595.86 | | $149,595.86 |
| 08/23/2007 | 1001 | SWIDERSKI, ROBERT J | SURPLUS TO DEBTORS | 8200-002 | | $85,737.61 | $63,858.25 |
| 08/27/2007 | 1002 | Horace Fox, Jr. | trustee fees | 2100-000 | | $6,332.70 | $57,525.55 |
| 08/31/2007 | 1003 | ARREDONDO & ASSOCIATES | Accountant for trustee fees | 3410-000 | | $3,000.00 | $54,525.55 |
| 09/08/2007 | 1004 | DISCOVER FINANCIAL SERVICES | unsecured Claimed amount 5,801.04 Interest amount paid 437.04 | * | | $6,238.08 | $48,287.47 |
| | | | $(5,801.04) | 7100-900 | | | $48,287.47 |
| | | | $(437.04) | 7990-000 | | | $48,287.47 |
| 09/08/2007 | 1005 | AMERICAN EXPRESS CENTURION BANK | unsecured claimed amount 1399.95 Interest paid 105.47 | * | | $1,505.42 | $46,782.05 |
| | | | $(1,399.95) | 7100-900 | | | $46,782.05 |
| | | | $(105.47) | 7990-000 | | | $46,782.05 |
| 09/08/2007 | 1006 | GEORGE J. DANGLES, MD | unsecured | * | | $2,575.43 | $44,206.62 |
| | | | $(2,395.00) | 7100-000 | | | $44,206.62 |
| | | | $(180.43) | 7990-000 | | | $44,206.62 |
| 09/08/2007 | 1007 | AMY ZICKUS | unsecured | * | | $7,636.56 | $36,570.06 |
| | | | $(7,101.54) | 7100-000 | | | $36,570.06 |
| | | | $(535.02) | 7990-000 | | | $36,570.06 |
| 09/08/2007 | 1008 | MARY ANN ZICKUS | unsecured | 8200-002 | | $35,218.58 | $1,351.48 |
| 09/17/2007 | 1008 | Reverses Check # 1008 | unsecured | 8200-003 | | ($35,218.58) | $36,570.06 |
| 09/17/2007 | 1009 | Mary Ann Zickus | unsecured | * | | $35,218.58 | $1,351.48 |
| | | | $(32,751.17) | 7100-000 | | | $1,351.48 |
| | | | $(2,467.41) | 7990-000 | | | $1,351.48 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $1,351.48 | $0.00 |

**SUBTOTALS** $149,595.86 $149,595.86

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-04988 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******9079 | | Checking Acct #: | ******8424 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | GENERAL CHECKING |
| For Period Beginning: | 2/15/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $149,595.86 | $149,595.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $149,595.86 | $1,351.48 | |
| | | | **Subtotal** | | $0.00 | $148,244.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $85,737.61 | |
| | | | **Net** | | $0.00 | $62,506.77 | |

| For the period of 2/15/2005 to 9/16/2011 | | For the entire history of the account between 08/21/2007 to 9/16/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $149,595.86 | Total Internal/Transfer Receipts: | $149,595.86 |
| | | | |
| Total Compensable Disbursements: | $62,506.77 | Total Compensable Disbursements: | $62,506.77 |
| Total Non-Compensable Disbursements: | $85,737.61 | Total Non-Compensable Disbursements: | $85,737.61 |
| Total Comp/Non Comp Disbursements: | $148,244.38 | Total Comp/Non Comp Disbursements: | $148,244.38 |
| Total Internal/Transfer Disbursements: | $1,351.48 | Total Internal/Transfer Disbursements: | $1,351.48 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-04988 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9079 | | Checking Acct #: | ******4988 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/15/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $1,351.48 | | $1,351.48 |
| 09/27/2010 | 1001 | ROBERT SWIDERSKI J AND MARY A. ZICKUS | | 8200-001 | | $1,351.48 | $0.00 |
| 10/21/2010 | 1001 | ROBERT SWIDERSKI J AND MARY A. ZICKUS | Void of Check# 1001 | 8200-003 | | ($1,351.48) | $1,351.48 |
| 10/21/2010 | 1002 | Clerk, US Bankruptcy Court | Unclaimed Funds | 8200-001 | | $1,351.48 | $0.00 |
| 10/21/2010 | 1002 | Clerk, US Bankruptcy Court | Void of Check# 1002 | 8200-003 | | ($1,351.48) | $1,351.48 |
| 10/21/2010 | 1003 | Clerk, US Bankruptcy Court | Unclaimed Funds | 8200-001 | | $1,351.48 | $0.00 |
| | | | **TOTALS:** | | $1,351.48 | $1,351.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,351.48 | $0.00 | |
| | | | Subtotal | | $0.00 | $1,351.48 | |
| | | | Less: Payments to debtors | | $0.00 | $1,351.48 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 2/15/2005 to 9/16/2011 | | For the entire history of the account between 11/08/2007 to 9/16/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,351.48 | Total Internal/Transfer Receipts: | $1,351.48 |
| | | | |
| Total Compensable Disbursements: | $1,351.48 | Total Compensable Disbursements: | $1,351.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,351.48 | Total Comp/Non Comp Disbursements: | $1,351.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-04988 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SWIDERSKI, ROBERT J AND ZICKUS, MARY A | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9079 | Checking Acct #: | ******4988 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/15/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/16/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $163,311.09 | $163,311.09 | $0.00 |

**For the period of 2/15/2005 to 9/16/2011**

| | |
|---|---|
| Total Compensable Receipts: | $163,311.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $163,311.09 |
| Total Internal/Transfer Receipts: | $150,947.34 |
| | |
| Total Compensable Disbursements: | $69,573.48 |
| Total Non-Compensable Disbursements: | $93,737.61 |
| Total Comp/Non Comp Disbursements: | $163,311.09 |
| Total Internal/Transfer Disbursements: | $150,947.34 |

**For the entire history of the case between 02/15/2005 to 9/16/2011**

| | |
|---|---|
| Total Compensable Receipts: | $163,311.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $163,311.09 |
| Total Internal/Transfer Receipts: | $150,947.34 |
| | |
| Total Compensable Disbursements: | $69,573.48 |
| Total Non-Compensable Disbursements: | $93,737.61 |
| Total Comp/Non Comp Disbursements: | $163,311.09 |
| Total Internal/Transfer Disbursements: | $150,947.34 |